IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY, )  )  *Plaintiff*, ) v. ) ) BOHEMIAN MAMA, LLC, ) ) *Defendant*. ) | Civil Action 1:21-cv-00201-RAL |

**STATUS REPORT**

NOW THIS 14TH DAY OF SEPTEMBER 2022, through undersigned counsel, comes Plaintiff, Anthony Hammond Murphy ("Plaintiff"), to respectfully submit this Status Report in accordance with the Court's August 31, 2022 Text Order (ECF No. 9), and respectfully show as follows:

1. Plaintiff filed this action on July 28, 2021, alleging that Defendant's website is not fully accessible to visually disabled individuals who use screen reader software to navigate and shop online and seeking declaratory and injunctive relief under Title III of the Americans with Disabilities Act ("ADA")(ECF No. 1). On July 18, 2022, the Clerk docketed an entry of default (ECF No. 8).

2. Since the entry of default in this case, Plaintiff has engaged in direct communication with Gina Ozhuthual, a representative of Defendant, and subsequently counsel for Defendant.

3. As a result, "the matter has been amicably resolved," and before September 22, 2022 counsel for Plaintiff anticipates filing a Notice of Voluntary Dismissal F.R.C.P. 41(a)(1)(A).

Respectfully submitted,

 /s/Lawrence H. Fisher
Lawrence H. Fisher
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
412.577.4040
lawfirst@lawrencefisher.com